**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NAIRA KARAPETYAN, a.k.a. Armenui Chivchyan, <br><br>                    Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br>                    Respondent. | No. 08-72100 <br><br> Agency No. A078-015-329 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2010[**]

Before:    B. FLETCHER, REINHARDT and WARDLAW, Circuit Judges.

Naira Karapetyan, a native and citizen of Armenia, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying her motion to reopen.

Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reopen, *Perez v. Mukasey*, 516 F.3d 770, 773 (9th Cir. 2008) and we deny in part and dismiss in part the petition for review.

Karapetyan failed to raise any challenge to the BIA's denial of her motion to reopen. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir. 1996) (issues not specifically raised in opening brief are deemed waived). Accordingly, we deny the petition for review as to her motion to reopen.

To the extent Karapetyan challenges the BIA's May 23, 2006 order dismissing her appeal from the immigration judge's decision denying her asylum application, we lack jurisdiction because this petition for review is not timely as to that order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**